# PARISH OF EAST CARROLL.

### William McGuire vs. H. Frank and P. Hinson.

Mayo, J. Under Art. 259, defendants have a right to release property attached by giving bond, without any order of Court to that effect; but, if an order of Court be made, it will not invalidate the bond.

2. If the conditions of the release bond do not conform to the requirements of the law, the Court will supply what is omitted and retrench what is added. 32 An. 45; 31 An. 377.

### S. W. Davis vs. Geo. Foster and Sheriff.

Mayo, J. Where plaintiff claims to be the owner of real property worth one thousand dollars, which the sheriff has seized for the debt of another, and further prays for $150 damages, which demand is manifestly not fictitious, the Circuit Court has no jurisdiction of the appeal.